UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Ashburton International Supply S.L., | § |
| | § |
| *versus* | §    Civil Action 4:20–cv–02426 |
| | § |
| Petroleos De Venezuela, S.A., et al. | § |

General Reference to Magistrate Judge

This case is referred to Magistrate Judge Peter Bray for management. District Court settings are canceled, but deadlines remain in effect.

If, by the time the case is ready for trial, the parties have not consented to trial by the magistrate judge, the trial will be promptly set before the district judge.

Signed on July 13, 2020, at Houston, Texas.

_____
Lynn N. Hughes    USDJ
United States District Judge