United States District Court
Southern District of Texas
**ENTERED**
July 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ashburton Limited Supply, S.L., <br> Plaintiff, | § § § § | |
| v. | § | Civil Action No. H-20-2426 |
| Petroleos De Venezuelas, S.A., et al., <br> Defendants. | § § § § | |

## ORDER

In light of the status report (Dkt. 22) filed on July 2, 2021, this case is stayed for an additional 120 days. The parties shall file a status report by October 29, 2021.

Signed at Houston, Texas, on July __7__, 2021.

Peter Bray
United States Magistrate Judge