United States Courts
Southern District of Texas
FILED
February 26, 2026
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 26, 2026
Lyle W. Cayce
Clerk

No. 25-20461

ASHBURTON INTERNATIONAL SUPPLY S.L.,

*Plaintiff—Appellant,*

*versus*

PETROLEOS DE VENEZUELA SA; BARIVEN SA; PDVSA SERVICES, INCORPORATED; PDVSA SERVICES BV,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-2426

---

### UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:

Appellant has moved this court to "relinquish jurisdiction" so that the district court can enter final judgment. This court lacks jurisdiction over this appeal, however, because the district court has not entered final judgment. *See* FED. R. CIV. P. 54(b); FED. R. APP. P. 4(a)(1)(A); 28 U.S.C. § 1291. Accordingly, the appeal is DISMISSED without prejudice. The motion to stay is DENIED AS MOOT.

A True Copy
Certified order issued Feb 26, 2026

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 25-20461    Ashburton v. Petroleos
                        USDC No. 4:20-CV-2426

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

cc w/encl:
    Mr. Brock Cordt Akers
    Ms. Claire Delelle
    Mr. Douglas F. Eaton
    Ms. Alison F. Perry
    Ms. Danielle Sue Tarin
    Mr. George J. Vila