UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ASHBURTON INTERNATIONAL SUPPLY S.L.,** § § § <br> **Plaintiff,** § § <br> v. § <br> § <br> **PETRÓLEOS DE VENEZUELA, S.A.,** § <br> *et al.* § § <br> § <br> **Defendants.** § | Civil Action No. 4:20-CV-02426 |

## [PROPOSED] FINAL JUDGMENT

Pursuant to the Court's Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [D.E. 107], which adopted the Memorandum and Recommendation prepared by Magistrate Judge Peter Bray [D.E. 101] and granted Defendants' Motion to Dismiss the First Amended Complaint, the Court enters the following Final Judgment. In accordance with that Order, the Court hereby enters **FINAL JUDGMENT** as follows:

1. All claims asserted by Plaintiff Ashburton International Supply S.L. against Defendant Petróleos de Venezuela, S.A. ("PDVSA") are **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

2. All claims asserted by Plaintiff Ashburton International Supply S.L. against Defendant Bariven, S.A. are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3.   Any remaining claims or requests for relief by Plaintiff that are not expressly granted herein are **DENIED**.

4.   This Judgment finally disposes of all claims and all parties and constitutes a **FINAL JUDGMENT** for purposes of Federal Rule of Civil Procedure 58.

It is SO ORDERED.

Signed this ___ of _____, 20__.

                                        _____
                                        **DREW B. TIPTON**
                                        **UNITED STATES DISTRICT JUDGE**